# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1041**

**CA 13-01445**

PRESENT: SMITH, J.P., PERADOTTO, VALENTINO, WHALEN, AND DEJOSEPH, JJ.

---

JENNIFER L. RECH, PLAINTIFF-RESPONDENT,

V                                                                ORDER

MICHAEL B. RECH, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

ZDARSKY, SAWICKI & AGOSTINELLI, LLP, BUFFALO (GERALD T. WALSH OF COUNSEL), FOR DEFENDANT-APPELLANT.

EVANS & FOX LLP, ROCHESTER (MATTHEW M. PISTON OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

KIMBERLY W. WEISBECK, ATTORNEY FOR THE CHILD, ROCHESTER.

---------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Monroe County (John M. Owens, J.), entered April 17, 2013 in a divorce action. The order, among other things, distributed the marital assets.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Matter of Aho*, 39 NY2d 241, 248).

Entered:  November 14, 2014                    Frances E. Cafarell
                                               Clerk of the Court